# 610    DECISIONS IN CASES NOT REPORTED.

plaintiff, a judgment against him would be manifestly unjust. It appeared, moreover, that the motion was made as soon as the knowledge of the existence of the judgment came to the defendant, and we do not see how, under these circumstances, *laches* can be imputed to him. The order appealed from should be reversed with ten dollars costs and disbursements, and the motion granted, with ten dollars costs to abide the event of the action. Present — Van Brunt, P. J., O'Brien and Parker, JJ.

National Union Bank, Respondent, v. East River Silk Company, Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of Manhattan Railway Company, Appellant, v. Thos. J. McKee and Others, as Receivers, etc., Respondents.— Order affirmed, with costs. No opinion.

Arthur A. Carey, as Substituted Plaintiff, Respondent, v. New York Elevated Railway Company, Appellant.—Judgment modified by reducing fee damage to $4,300 and rental damage to $2,000, and as modified affirmed, without costs. No opinion.

Silas F. Overton v. Emily F. Barclay and Others; Same v. Annie E. Barclay.—Motions denied.

Louis Ravene and Another, Appellants, v. Henry Rogers, Respondent.—Order affirmed, with ten dollars costs and disbursements. No opinion.

Maria Geis and Others, Respondents, v. The New York Elevated Railway Company and Another, Appellants. — Judgment modified by reducing fee damage to $5,000 and rental damage to $2,500, and as modified affirmed, without costs. No opinion.

Batavian Bank, Respondent, v. Alfred A. Freeman and Others, Defendants; William H. Ricketts, Receiver, and Others, Appellants. —Judgment modified so as to allow costs to receiver, and affirmed as modified, without costs of appeal. No opinion.

Matilda Moser, Respondent, v. The Manhattan Railway Company and Another, Appellants. —Judgment modified by reducing fee damage to $1,000 and rental damage to $319.87 and allowance to fifty dollars, and affirmed as modified, without costs. No opinion.

Charles Percival, Respondent, v. The Metropolitan Elevated Railway Company, Appellant.— Judgment modified by reducing fee damage to $1,500, allowing no rental damage, and reducing allowance to seventy-five dollars, and affirmed as modified, without costs. No opinion.

Jacob Schwarz, Respondent, v. The Metropolitan Elevated Railway Company and Another, Appellants.—Judgment affirmed, with costs. No opinion.

John Schreiner, Respondent, v. The New York Elevated Railway Company and Another, Appellants.—Judgment affirmed, with costs. No opinion.

Robert Boyd, Respondent, v. The New York Elevated Railway Company and Another, Appellants.—Judgment affirmed, with costs. No opinion.

Winifred J. Mulry, as Trustee, v. William P. Mulry and Others.—Motion denied.

Sarah L. Myers and Another, Respondents, v. Thomas Bolton and Others, Appellants.— Motion denied.

James B. Mackie, an Infant, etc., Appellant, v. Isabella Mackie and Others, Defendants; Adams Hill, Purchaser, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Lewis A. Myers and Another, Respondents, v. The American Investment Guaranty Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Otto Heinze and Others, Respondents, v. Maier Rothschild and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Samuel Caskel, Respondent, v. Maier Rothschild and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Thomas E. Huffington, Assignee, Respondent, v. John Farrell and Another, as Executors, etc., Appellants.—Judgment affirmed, with costs.—

PER CURIAM: The opinion of the Court of Appeals delivered on a former appeal (100 N. Y. 179) required the action taken by the trial judge and commands an affirmance of the judgment on this review. The judgment should be affirmed with costs. Present — O'Brien and Parker, JJ.